NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDDY JEAN PHILIPPEAUX,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2022-2177

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-3886, Judge Joseph L. Toth.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                          PHILIPPEAUX V. MCDONOUGH

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

December 7, 2022
        Date                          /s/ Peter R. Marksteiner
                                      Peter R. Marksteiner
                                      Clerk of Court

**ISSUED AS A MANDATE:** December 7, 2022